| | | | |
|---|---|---|---|
| Matter of T.B., L.B., H.B., K.B. 2017 MT 147N | DA 16-0749 Affirmed | 06/13/17 | Dist. 11 (Flathead) |
| Leuchtman v. City of Missoula | OP 17-0327 Denied | 06/13/17 | Original Proceeding Habeas Corpus |
| Matter of A.P. 2017 MT 149N | DA 16-0286 Aff'd in part Rv'd in part | 06/20/17 | Dist. 13 (Yellowstone) |
| Estate of Beals 2017 MT 150N | DA 16-0673 Affirmed | 06/20/17 | Dist. 16 (Rosebud) |
| Marriage of McKittrick 2017 MT 151N | DA 16-0426 Affirmed | 06/20/17 | Dist. 13 (Yellowstone) |
| State v. Enzler 2017 MT 152N | DA 15-0495 Affirmed | 06/20/17 | Dist. 1 (Lewis & Clark) |
| Woehler v. Messer 2017 MT 153N | DA 16-0737 Affirmed | 06/20/17 | Dist. 11 (Flathead) |
| Goff v. State | OP 17-0343 Denied | 06/20/17 | Original Proceeding Habeas Corpus |
| Matter of D.S. & B.A.S.W., YINC 2017 MT 158N | DA 17-0053 Affirmed | 06/27/17 | Dist. 4 (Missoula) |
| Ross v. Johnson 2017 MT 159N | DA 16-0704 Affirmed | 06/27/17 | Dist. 11 (Flathead) |
| Fed. Nat'l. Mortgage v. Chapman 2017 MT 160N | DA 16-0566 Affirmed | 06/27/17 | Dist. 18 (Gallatin) |
| Dettmering v. Passarge 2017 MT 161N | DA 16-0723 Affirmed | 06/27/17 | Dist. 11 (Flathead) |
| Evert v. Fletcher | OP 17-0349 Denied | 06/27/17 | Original Proceeding Habeas Corpus |